

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

April 3, 2025

**VIA ECF**
Hon. Jesse M. Furman
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: *SEC v. Feller, et al.*, 1:24-cv-02896 (JMF)

Dear Judge Furman:

  Plaintiff Securities and Exchange Commission ("SEC") and Defendants Paul Feller ("Feller") and Icaro Media Group, Inc. ("Icaro") (collectively, "Defendants" and, together with the SEC, "Parties"), respectfully submit this joint letter to request additional time to complete discovery in the above-captioned case. The Parties request that the close of fact discovery be moved from June 4, 2025 to October 30, 2025.

  The Parties have conferred and have determined that more time is needed to complete discovery. As background, the SEC served document requests and interrogatories in December. Defendants have been working in good faith to assemble a response to the SEC's requests but have not yet produced any documents, making it difficult for the SEC to progress discovery or schedule depositions. Defendants have represented to the SEC that they are currently working with a vendor to queue the first batch of documents for production, which they anticipate will be voluminous, containing over 40,000 documents. Defendants have also represented that they need additional time to complete their production, estimating early May. Once the SEC receives Defendants' productions, the SEC will need review time. Likewise, Defendants need time to review the SEC's productions, which the SEC timely produced on February 10, February 12, and March 13, 2025. The SEC's productions to Defendants contain over 100,000 pages of documents. The Parties expect to conduct approximately ten depositions, including of witnesses who are abroad, which presents some additional scheduling difficulties.

  In an effort to arrive at a realistic time frame for the completion of discovery, the Parties have engaged in discussions to propose a date that reflects the status of discovery as described above, as well as the Parties' schedules. In addition to scheduled summer vacations and other general work obligations, the Parties have several scheduling constraints that would make an earlier discovery deadline difficult to meet, including:

   • April 12, 2025 – April 20, 2025 – Passover holiday

Hon. Jesse Furman
April 3, 2025
Page 2

- August 18, 2025 - Defense counsel has an approximately week-long trial scheduled in *Trillium v. Reicher*, 24-cv-147 (C.D.Ca)

- September 8, 2025, I am lead counsel for the SEC for an approximately two week-long trial scheduled in *SEC v. Gallagher*, 21-cv-8739 (S.D.N.Y.)

- September 22-24, 2025 – Rosh Hashanah holiday

- October 1, 2025 – Yom Kippur

- October 6-13, 2024 – Sukkot holiday

In addition, Defense counsel may have a second trial during the discovery time period, but the trial date has not been set.

For these reasons, the Parties respectfully request an extension of the close of fact discovery from June 4, 2025 to October 30, 2025.

Respectfully submitted,

*/s/ Abigail Rosen*
Abigail Rosen
Trial Counsel

cc: Counsel of record by ECF