UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
                      :

SECURITIES AND EXCHANGE COMMISSION,    :

                      :

             Plaintiff,    :

                      :           24-CV-2896 (JMF)

     -v-                  :

                      :              ORDER

PAUL FELLER et al.,           :

                      :

             Defendants.   :

                      :

--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- Discovery is now over, except for Defendants outstanding supplemental discovery, which shall be produced no later than **March 18, 2026**;

- Plaintiff shall file its motion for summary judgment no later than **April 23, 2026.** Defendants shall file any opposition no later than **May 28, 2026.**  Plaintiff shall file any reply no later than **June 11, 2026.**

- By separate Order to be entered today, the case will be referred to Magistrate Judge Gorenstein for settlement.  The parties should contact his Chambers no later than **March 9, 2026**, to schedule a settlement conference before the deadline for Plaintiff's summary judgment motion (if his schedule permits).

SO ORDERED.

Dated: March 4, 2026
       New York, New York

                                 JESSE M. FURMAN
                               United States District Judge