

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

**DIVISION OF ENFORCEMENT**

May 11, 2026

**VIA ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *SEC v. Feller, et al.*, 1:24-cv-02896 (JMF)

Dear Judge Furman:

Plaintiff Securities and Exchange Commission ("SEC") and Defendants Paul Feller ("Feller") and Icaro Media Group, Inc. ("Icaro") (collectively, "Defendants" and, together with the SEC, "Parties"), respectfully submit this joint letter to request a short, two-week adjournment of the briefing schedule for the SEC's summary judgment motion so that the parties can continue their meaningful settlement discussions.

As the Court is aware, the Parties participated in a settlement conference with Magistrate Judge Gorenstein on April 16, 2026. The Parties made progress at the settlement conference but there still is a gap between the parties. Another settlement meeting is scheduled for this Wednesday and the parties expect that the discussions will continue afterwards. As such, and in the interest of judicial economy, the Parties believe that there is value in adjourning the filing date for a short period of time.

Accordingly, the Parties request that the date for filing the SEC's opening brief and Rule 56.1 statement be moved from May 20, 2026 to June 3, 2026.

    Respectfully submitted,

| | |
|---|---|
| */s/ Abigail Rosen* | */s/ Anna Adelstein* |
| Abigail Rosen | Anna Adelstein |
| Todd Brody | Jonathan Uretsky |
| Eric Taffet | PULLP |
| *Counsel for the SEC* | *Counsel for Defendants* |

Application GRANTED. All summary judgment briefing deadlines are extended accordingly. The Clerk of Court is directed to terminate ECF No. 55.

SO ORDERED.

May 12, 2026